UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: 10-CR-00589-LHK |
| )  Plaintiff,                          ) | ORDER EXCLUDING TIME FROM AUGUST 25, 2010 TO SEPTEMBER 29, 2010 |
| v.                                      ) | |
| SAUL CERVANTES-JUAREZ,    ) | |
| )  Defendant.                      ) | |
| _____ ) | |

Pursuant to agreement and stipulation of the parties and the representations of defense counsel in open court on August 25, 2010, the Court HEREBY ORDERS that the time between August 25, 2010, and September 29, 2010, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

1

Case No.: 10-CR-00589-LHK
ORDER EXCLUDING TIME FROM AUGUST 25, 2010 TO SEPTEMBER 29, 2010

Dated: August 31, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CR-00589-LHK
ORDER EXCLUDING TIME FROM AUGUST 25, 2010 TO SEPTEMBER 29, 2010